*Walter Kirk*, pro se, and *Josephine Kirk*, pro se, in support of the petition.

*Thomas W. Conlin*, in opposition.

Decided February 4, 1997

## BERKELEY FEDERAL BANK AND TRUST, FSB *v.* JEFFREY W. NAVIN ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 16442) is denied.

*Kenneth R. Davis*, in support of the petition.

*Claudia M. Sklar*, in opposition.

Decided February 13, 1997

## STATE OF CONNECTICUT *v.* GEORGE HARRIS

The defendant's petition for certification for appeal from the Appellate Court (AC 16539) is denied.

*Elizabeth M. Inkster*, assistant public defender, in support of the petition.

*Michael L. Regan*, assistant state's attorney, in opposition.

Decided February 13, 1997

## STATE OF CONNECTICUT *v.* JAY INGRAM

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 801 (AC 14844), is denied.

*Richard Emanuel*, assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided February 13, 1997

## CHARLENE KAISER *v.* JOHANNES VAN DER GIESSEN

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 921 (AC 15136), is denied.

*George J. Markley,* in support of the petition.

*Joy Kony Peshkin,* in opposition.

Decided February 13, 1997

## STATE OF CONNECTICUT *v.* WILLIE L. SPANN

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 924 (AC 14057), is denied.

*Leopold P. DeFusco,* special public defender, in support of the petition.

*Lisa Herskowitz,* deputy assistant state's attorney, in opposition.

Decided February 13, 1997

## JUDITH STILES *v.* HARTFORD CASUALTY INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 1 (AC 14987), is denied.